AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michelin Retread Technologies, Inc<br>*Plaintiff*<br>v.<br>Jacks Tire & Oil Management Company, Inc, Jacks Tire Investment Company, Inc<br>*Defendants* | Civil Action No.  6:24-cv-00017-JDA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ MRTI is awarded permanent injunctive relief.

This action was:

■ decided by the Honorable Jacquelyn D Austin, United States District Judge

Date:   August 14, 2024                              *CLERK OF COURT*

                                                                    s/Jenny Smith, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*